No. 25-2419

IN THE

# United States Court of Appeals for the Ninth Circuit

CTRL ALT DESTROY, INC.,

*Plaintiff-Appellant,*

v.

NICOLE ELLIOTT, in her official capacity as Director of the State of California's Department of Cannabis Control; ROB BONTA, in his official capacity as Attorney General of the State of California,

*Defendants-Appellees.*

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

*Movant.*

On Appeal from United States District Court for the Southern District of California
No. 3:24-cv-00753, Hon. Todd W. Robinson

**CTRL ALT DESTROY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF; DECLARATION OF NICHOLAS GONZÁLEZ**

| | |
|---|---|
| Nicole Ries Fox | Nicholas González |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2050 Main Street, Suite 1100 | 405 Howard Street |
| Irvine, CA 92614 | San Francisco, CA 94105 |
| | (415) 773-5700 |
| | |
| | Andrew D. Silverman |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 51 West 52nd Street |
| | New York, NY 10019 |

*Counsel for Plaintiff-Appellant Ctrl Alt Destroy, Inc.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Plaintiff-Appellant Ctrl Alt Destroy, Inc. moves for a 60-day extension of time to file its opening brief. The opening brief is currently due on August 1, 2025. With the proposed extension, the opening brief would be due on September 30, 2025. This is Ctrl Alt Destroy, Inc.'s second request for an extension of time to file its opening brief and in accordance with Ninth Circuit Rule 31-2.2(b), this motion is made at least seven days before the existing deadline for filing the opening brief. Counsel for Appellees Nicole Elliott and Rob Bonta have indicated that the government does not oppose this request.

For the reasons explained below and in the attached declaration of Nicholas González, good cause exists to grant the requested extension. The extension is necessary because Orrick, Herrington & Sutcliffe LLP has recently been engaged as counsel for Ctrl Alt Destroy, Inc. and new counsel need time evaluate the record and applicable legal authorities to assess potential grounds for appeal.

An extension of time is also needed to accommodate numerous conflicting deadlines for counsel, as detailed in the attached declaration.

<table>
<tr><td>

Nicole Ries Fox  
ORRICK, HERRINGTON &  
　SUTCLIFFE LLP  
2050 Main Street, Suite 1100  
Irvine, CA 92614

</td><td>

Respectfully submitted,  
*/s/ Nicholas González*  
Nicholas González  
ORRICK, HERRINGTON &  
　SUTCLIFFE LLP  
405 Howard Street  
San Francisco, CA 94105  
(415) 773-5700  

Andrew D. Silverman  
ORRICK, HERRINGTON &  
　SUTCLIFFE LLP  
51 West 52nd Street  
New York, NY 10019

</td></tr>
</table>

*Counsel for Plaintiff-Appellant Ctrl Alt Destroy, Inc.*

July 21, 2025

2

## DECLARATION OF NICHOLAS GONZÁLEZ

I, Nicholas González, declare as follows:

1. I am an associate with Orrick, Herrington & Sutcliffe LLP, and counsel for Plaintiff-Appellant Ctrl Alt Destroy, Inc. in *Ctrl Alt Destroy, Inc. v. Elliott*, No. 25-2419 (9th Cir.). If called as a witness, I could and would testify as follows based on my personal knowledge.

2. The opening brief is due August 1, 2025.

3. I request a 60-day extension to file the opening brief. With this extension the answering brief would be due on September 30, 2025.

4. This is Ctrl Alt Destroy, Inc.'s second request for an extension of time to file its opening brief.

5. Orrick was recently retained as counsel for Ctrl Alt Destroy, Inc. and new counsel need time evaluate the record and applicable legal authorities to assess potential grounds for appeal.

6. This extension is also made necessary by the press of other matters. Counsel for Ctrl Alt Destroy, Inc. have ongoing obligations in multiple matters, including:

1

- A reply in support of a motion to dismiss in *Advance Local Media LLC v. Cohere*, 25-cv-01305 (S.D.N.Y.), due on July 25, 2025;

- A response brief in *Benning v. Oliver*, No. 24-14122 (11th Cir.), due July 28, 2025;

- An opening brief in *Mythong v. Bondi*, No. 23-2412 (9th Cir.), due August 8, 2025;

- An opening brief in *Cox Communications, Inc. v. Sony Music Entertainment* et al., No. 24-171 (S. Ct.), due August 29, 2025.

7. I have exercised diligence and intend to file the opening brief within the time requested.

8. I have been informed by Appellees' counsel that Nicole Elliott and Rob Bonta do not oppose this requested extension.

9. The court reporter is not in default with regard to any designated transcripts.

2

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on July 21, 2025.

>*/s/ Nicholas González*
>Nicholas González
>ORRICK, HERRINGTON &
>  SUTCLIFFE LLP
>405 Howard Street
>San Francisco, CA 94105

3

## CERTIFICATE OF COMPLIANCE

1.  Pursuant to Fed. R. App. 32(g), this motion complies with the type-volume limitation of 9th Cir. R. 27-1, because this motion contains 1 page, excluding the parts of the motion exempted by 9th Cir. R. 27-1.

2.  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century Schoolbook 14-point font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Nicholas González*
Nicholas González
*Counsel for Plaintiff-Appellant Ctrl Alt Destroy, Inc.*